CHARASON REALTY CORPORATION, Respondent, *v.* BANK OF NEW YORK, as Trustee under the Will of FLORENCE FISH, Deceased, et al., Appellants.

Argued March 9, 1954; decided April 8, 1954.

*Thomas B. Fenlon* for appellants.

*Gerard I. Walters* and *Durand H. Van Doren* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.